ACCEPTED
03-16-00250-CV
13856968
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/17/2016 3:17:53 PM
JEFFREY D. KYLE
CLERK

## No. 03-16-00250-CV

In the Court of Appeals
for the Third Judicial District
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/17/2016 3:17:53 PM
JEFFREY D. KYLE
Clerk

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas and Ken Paxton, Attorney General of the State of Texas,**
Appellants,

**v.**

**Gulf Copper and Manufacturing Corporation,**
Appellee.

On Appeal from the 201st Judicial District Court
Travis County, Texas

**Appellants' Unopposed Second Motion for Extension of Time to File Appellants' Brief**

To the Honorable Third Court of Appeals:

Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas, Appellants, file this unopposed second motion for extension of time to file their brief under Rule 10.5(b), and request that the time for filing their brief in this matter be extended for nine days, from November 28, 2016 to December 7, 2016, and in support show as follows:

1. Appellants' Brief was originally due October 26, 2016. The court granted Appellants' First Unopposed Motion for Extension of Time, making the Brief currently due on November 28, 2016.

2. Appellants request an additional nine days to file their Brief, extending the deadline to December 7, 2016.

3. This is Appellants' second and final request to extend the time to file its Brief.

4. Good cause exists to grant this request:

    a. This is a tax case with many moving parts.

    b. Appellee and Appellants have almost diametrically opposed arguments about the proper interpretation of the applicable law, and there is very little appellate guidance. One of Appellee's key arguments was first made in the trial brief. It has been challenging to draft Appellants' Brief such that it addresses all issues, many of which are of first impression, and is concise, clear, and helpful to the court.

    c. The Comptroller will need sufficient time to review the brief.

5. Thus it will not be possible to adequately prepare Appellants' Brief by November 28, 2016.

6. This extension is not being sought for purposes of delay but rather so that a thorough and clear brief may be presented to the Court.

7.    Counsel for Appellees have conferred with Amanda G. Taylor, counsel for Appellee, and she is unopposed to this motion.

8.    All facts recited in this motion are within the personal knowledge of the undersigned counsel; therefore, no verification is necessary under Texas Rule of Appellate Procedure 10.2.

9.    Wherefore, Appellees Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas, request that this motion be granted, and that the time for filing Appellants' Brief be extended to December 7, 2016.

Respectfully submitted,

KEN PAXTON
Attorney General

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

JACK HOHENGARTEN
Chief, Tax Division

/s/ Charles K. Eldred
CHARLES K. ELDRED
Assistant Attorney General, Tax Division
State Bar No. 00793681
P. O. Box 12548
Austin, Texas 78711-2548
512-475-1743
512-478-4013 (fax)
charles.eldred@oag.texas.gov

*Attorneys for Appellants*

## CERTIFICATE OF CONFERENCE

I conferred with Amanda G. Taylor, counsel for Appellee, and she does not oppose this Motion.

/s/ Charles K. Eldred
CHARLES K. ELDRED

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served on Amanda G. Taylor, James F. Martens, and Danielle V. Ahlrich, Martens, Todd, Leonard, Taylor & Ahlrich, counsel for Appellee, by email and eservice on November 17, 2016.

/s/ Charles K. Eldred
CHARLES K. ELDRED